6 25 CV 327 -KNM

FILED

# Complaint 2: State Administrative & Civil Rights

AUG 2 5 2025

Clerk, U.S. District Court
Texas East...

◈ Tyler Division (Default)

Venue is proper in the **Tyler Division** under **Local Rule CV-2(a)** because Plaintiff resides in **Gregg County**, and agency actions occurred in **Smith, Upshur, and Gregg Counties/**and Harrison County

◈ Marshall Division (Alternate)

Venue is proper in the **Marshall Division** under **Local Rule CV-2(a)** because several violations occurred in **Harrison County** and **Panola County**, both served by the Marshall Division. Plaintiff also alleges misconduct by the Harrison and Panola County Sheriff's Departments.

◈ Texarkana Division (Alternate)

Venue may alternatively lie in the **Texarkana Division** if claims against **Bowie County** or adjacent counties are added. Currently, no named defendants anchor venue there.

## A. Plaintiff

- Kristeen Brooke Adams, pro se litigant and public accountability strategist

## B. Defendants (State Agencies & Officials)

- Texas Department of Public Safety (driver's license suspensions)
- Texas Commission on Judicial Conduct (judicial ethics enforcement)
- Office of Consumer Credit Commissioner (debt licensure hearings)
- Texas Health and Human Services Commission (benefit terminations)
- Texas Workforce Commission & Texas Unemployment Commission (unemployment benefits denials)
- Texas Department of Insurance (insurance-related complaints)
- Texas Department of Family and Protective Services (protective-services investigations)
- Lone Star Legal Aid (denials of counsel referrals)
- Texas Veterans Commission (VA benefit delays)
- Texas Teachers Association (employment-related grievances)
- TDCJ- misapropreation of funds + Retaliation and Oppression

**Procedural Posture:** This complaint challenges state administrative actions under the **Administrative Procedure Act (APA)** and **42 U.S.C. § 1983**, alleging due process violations in agency decisions. Plaintiff seeks judicial review, declaratory relief, and damages.

**Statutory Bases:** Claims arise under the **Fourteenth Amendment** (due process), **APA** (procedural defects), and **42 U.S.C. § 1983** (civil rights enforcement).

**Filing Strategy:** Venue is anchored in the **Tyler Division** to consolidate claims against state agencies operating within the Eastern District of Texas.

**Cross-Reference:** This State suit challenges procedural defects (due-process and APA claims) in state-level decisions. It intersects with:

- **Complaint 1**: Local enforcement of state-issued suspensions and orders.
- **Complaint 3**: Federal review backlogs (SSA, DOJ) leaving state remedies Plaintiff's only recourse.
- **Complaint 4**: Insurance and utility terminations governed by state regulators, which feed into state-agency appeals.

Kristeen Adams
9791 Union Grove Rd
Gladewater, Tx. 75647

903-371-7372



PO BOX 5093
CAROL STREAM IL 60197-5093

09/20/2020

KRISTEEN ADAMS
4881 ROSEWOOD LANE
LONGVIEW, TX 75605

Re: 177092848655
Order/ Reference Number: 009197296366

Dear KRISTEEN ADAMS:

Thank you for applying for AT&T communications or entertainment services/products.

As of 09/19/2020, your AT&T credit score was: 814.

AT&T utilizes a proprietary credit rating system that creates a score based on information derived from your credit history as supplied by the consumer reporting agency listed below. Your AT&T credit score is unique to AT&T and is not related to scores commonly supplied by credit reporting agencies. Your credit score can change and credit scores range from 001 to 999. The credit score values are established based upon comparative analyses of repayment histories of large numbers of customers.

Key factors affecting your AT&T credit score include:
- No recently reported NCTUE account

Based in part on an assessment of your AT&T credit score and/or being a new customer to AT&T, we imposed certain conditions or restrictions on your service request, which may have included:
- Limiting and/or denying the purchase of products and /or services
- Requiring a down payment on equipment or products purchased on installment
- Requiring an advance payment or other payment prior to establishing services
- Requiring a nonrefundable fee

In making our decision, we received information from the credit bureau listed below.  The credit bureau did not make the above decision and is unable to provide you the specific reasons for the above decision.

Exchange Service Center
PO Box 105161
Atlanta, GA 30348-5398
866-343-2821

_866-349-5185_

Under the Fair Credit Reporting Act, you have the right to obtain a copy of your credit report at no charge if you contact the credit bureau listed below within sixty (60) days from the date of this letter.  You also have the right under the Federal Credit Reporting Act to dispute with the credit bureau the accuracy or completeness of any information in the report.

Once again, thank you for applying for AT&T communications or entertainment services; we appreciate the opportunity to serve you.

Sincerely,

AT&T

*Request Name Address + last 5 yrs DOB SS# DL copy utility gas water phone*



## Dispute Results (Continued)

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| | Past due 30 Days | 81 | Past due 180 Days | R | Repossession | | Collection |
| | Past due 60 Days | 82D | Creditor received deed | 82C | Paid by creditor | CO | Charge off |
| | Past due 90 Days | FS | Foreclosure proceedings started | IC | Insurance claim | CLS | Closed |
| | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

### AMERICREDIT/GM FINANCIAL Partial Acct # 11105432....
PO BOX 181145 ARLINGTON TX 76096; (800) 284 2271

**Status (Dec 2022)** Open. $380 past due as of Apr 2023.

**Date opened**
Nov 2021

**Address ID #**
0559950510

**Type**
Auto Loan

**Responsibility**
Joint with
JAMES ALLEN

**Terms**
74 Months

**Monthly payment**
$523

**Credit limit or original amount**
$23,731

**High balance**
Not reported

**Recent payment**
$1,090 as of
04/12/2023

**Recent balance**
$22,413 as of Apr 2023

By Aug 2029, this account is scheduled to go to a positive status.

This item was updated from our processing of your dispute in Mar 2023.

**Payment history: Dec 2021 - Apr 2023**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2022 | OK | OK | OK | | | OK | OK | | | | | OK |
| 2021 | | | | | | | | | | | | OK |

| | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $22,643 | $22,853 | $23,073 | $23,082 | $22,534 | $22,655 | $22,855 | $23,075 | $22,734 | $22,420 | $23,752 | $23,931 | $23,575 | $23,775 |
| Date Payment Received | 03.14.23 | 02.03.23 | 12.24.22 | 10.12.22 | 10.12.22 | 10.12.22 | 09.02.22 | 06.11.22 | 06.11.22 | 06.11.22 | 04.29.22 | 03.08.22 | 03.08.22 | 01.24.22 |
| Scheduled Payment Amount | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 | $523 |
| Actual Amount Paid | $550 | $560 | $535 | No Data | No Data | $530 | $560 | No Data | No Data | $1,675 | $523 | No Data | $523 | $523 |

| | Jan22 | Dec21 | Nov21 |
|---|---|---|---|
| Account Balance | $23,968 | $23,647 | $23,731 |
| Date Payment Received | 12.13.21 | 12.13.21 | No Data |
| Scheduled Payment Amount | $523 | $523 | $523 |
| Actual Amount Paid | No Data | $523 | No Data |

The original amount of this account was $23,731.

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✓   Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

**Personal Credit Report for:**
**KRISTEEN ADAMS**

**File Number:**
433480182

**Date Created:**
12/11/2023

A quick heads up:

**Your credit score is not included with your TransUnion credit report.**

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

## Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

12/11/2023

**Social Security Number**

XXX-XX-1414

**Date of Birth**

11/05/1971

**Name**

KRISTEEN B. ADAMS

## Also Known As

AKA

KRISTEEN BROOKE ADAMS

AKA

KRISTEEN L. ALLEN

AKA

KRISTEEN ALLEN

Phone Number

(903) 588-2742

Phone Number

(800) 905-3640

Phone Number

(903) 588-2055

## Employers

### Employer

**DOLLAR GENERAL WEARHOUSE**

Date Verified
10/27/2021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SELF**

Occupation
MODEL ENTERTAINER

Date Verified
11/03/2003

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TIME OUT**

Date Verified
02/01/1999

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MISSION MANOR**

Date Verified
04/01/1998

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**E TX MEDICAL CT**

Date Verified
09/01/1995

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Payment/Remarks Key

Ratings

| | |
|---|---|
| DM: | Bankruptcy dismissed |
| DRC: | Dispute resolved/consumer disagrees |
| DRG: | Dispute resolved reported by credit grantor |
| ER: | Election of remedy |
| ETB: | Early termination/balance owing |
| ETI: | Early termination by default |
| ETO: | Early termination/obligation settled |
| ETS: | Early termination/status pending |
| FCL: | Foreclosure |
| FPD: | Account paid, foreclosure started |
| FPI: | Foreclosure initiated |
| FRD: | Foreclosure collateral sold |
| FTB: | Full termination/balance owing |
| FTO: | Full termination/obligation satisfied |
| FTS: | Full termination/status pending |
| INA: | Inactive account |
| INP: | Debt being paid through insurance |
| INS: | Paid by insurance |
| IRB: | Involuntary repossession/balance owing |
| IRE: | Involuntary repossession |
| IRO: | Involuntary repossession/obligation satisfied |
| JUG: | Judgment granted |
| LA: | Lease assumption |
| LMN: | Loan Modified Not GOVT (government) |
| LNA: | Credit line is no longer available |
| MCC: | Managed by credit counseling service |
| MOV: | No forwarding address |
| NIR: | Student loan not in repayment |
| NPA: | Now paying |
| PAL: | Purchase by another lender |
| PCL: | Paid collection |
| PDD: | Paid by dealer |
| PDE: | Payment deferred |
| PDI: | Principle deferred/initial payment only |
| PFC: | Account paid from collateral |
| PLL: | Prepaid lease |
| PLP: | Profit and loss now paying |
| PNR: | First payment never received |
| PPA: | Paying partial payment agreement |
| PPD: | Paid by co-maker |
| PPL: | Paid profit and loss |
| PRD: | Payroll deduction |
| PRL: | Profit and loss write-off |

**Balance**                                                              $208

**Date Updated**                                                   11/18/2023

**Last Payment Made**                                          09/14/2023

**Pay Status**                               >Account 30 Days Past Due Date<

**Terms**                                       $46 per month; paid Monthly

**High Balance (Hist.)**    High balance of $0 from 04/2023 to 06/2023; $200 from 07/2023 to 07/2023; $230 from 08/2023 to 11/2023

**Credit Limit (Hist.)**         Credit limit of $200 from 04/2023 to 11/2023

**Estimated month and year this item will be removed**         10/2030

**Payment History**

| | |
|---|---|
| Balance | $178 |
| Date Updated | 09/08/2023 |
| Payment Received | $0 |
| High Balance | $0 |
| Past Due | $178 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 09/08/2023 |
| Estimated month and year this item will be removed | 06/2030 |
| Remarks | UNPAID BALANCE CHARGED OFF |

---

**FIRST PROGRESS CARD 544303001290****

## Account Information

| | |
|---|---|
| Address | P.O. BOX 9053 Johnson City, TN 37615 |
| Phone | (866) 706-554ᴣ |
| Monthly Payment | $ |
| Date Opened | 03/24/202 |
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Balance | $81 |
| Date Updated | 11/27/2023 |
| Payment Received | $0 |
| Last Payment Made | 07/03/2023 |

| | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 |
|---|---|---|---|---|---|---|---|
| Balance | $49 | $228 | $271 | $313 | $240 | $281 | $81 |
| Past Due | $0 | $0 | $43 | $86 | $54 | $97 | $38 |
| Amount Paid | $0 | $0 | $0 | $0 | $75 | $0 | $0 |
| Scheduled Payment | $43 | $43 | $43 | $43 | $43 | $43 | $0 |
| Remarks | - - - | - - - | - - - | - - - | - - - | CBG | CBG |
| Rating | OK | OK | 30 | 60 | 60 | 90 | 30 |

| | October 2023 | November 2023 |
|---|---|---|
| Balance | $81 | $81 |
| Past Due | $81 | $81 |
| Amount Paid | $0 | $0 |
| Scheduled Payment | $0 | $0 |
| Remarks | CBG | CBG |
| Rating | 60 | 90 |

Total Months: 9

GM FINANCIAL 11105432****

## Account Information

| | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 |
|---|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | OK | OK | 30 | 30 | OK |

| | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 |
|---|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | 30 | 30 | 30 | OK | 30 | 30 |

## WORKFORCE SOLUTIONS EAST TEXAS
### Application Form

**EQUAL OPPORTUNITY IS THE LAW**
Workforce Solutions East Texas is an equal opportunity employer/program and auxiliary aids and services
are available upon request to include individuals with disabilities
TTY/TDD via RELAY Texas service at 711 or (TDD) 1-800-735-2989/1-800-735-2988 (voice)

**Complete all fields.**
**Enter N/A if something does not apply.**

You may not be considered for any WIOA services or training unless this form is completely filled out.

**A. PERSONAL**

First Name

 Kristeen

Last Name

. Adams

Birthdate

 11/05/1971

Age

 51

Physical Address

 9791 Union Grove Rd

 Gladewater

 Texas

 75647

Mailing Address if different than above

 Upshur

Phone #

: **903-619-2390** Back up #   903-371-7372 main number

SS#

 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

Email Address

 kristeenadams@yahoo.com

SAVE

List 3 Backup Contacts:

| Name | Relationship | Address | Phone Number |
| --- | --- | --- | --- |

1.

James Christopher Allen

partner

9791 Union Grove Rd

903-252-7332

2.

Mikka Shea Allen

daughter

9791 Union Grove Rd

903-934-2733

3.

Morgan Ray Adams

daughter

Russell st

903-917-8018

Emergency Contact

James Allen

Relationship

partner

Phone No.

903-252-7332

Marital Status

O Single

◉ Married

O Separated

◉ Divorced

O N/A

U.S. Citizen?

◉ Yes   O No   O N/A

Permanent Resident Alien?

◉ Yes   O No   ◉ N/A

Authorization to Work in U.S.?

◉ Yes    ○ No    ○ N/A

If male 18 or older, registered with Selective Service?

○ Yes    ○ No    ◉ N/A

If yes, Selective Service # https://www.sss.gov/verify/ (https://www.sss.gov/verify/)

n/a

## B. MILITARY HISTORY

US Military?

☑ Veteran (former US Service Member)

☐ Current US Service Member

☐ Spouse of US Service Member

If no, check    ☒ N/A

Dates Served in Military, if applicable

## C. EDUCATION AND TRAINING

High School Diploma

○ Yes    ◉ No    ○ N/A

If answered no, do you have a GED

◉ Yes    ○ No    ○ N/A

High School

Mt.Vernon ISD

Highest Grade Completed

10

College

◉ Yes    ○ No    ○ N/A

If yes, College Attended

North East Texas Community Collage

Degree

○ Yes    ◉ No    ○ N/A

If yes, Credential Received

Certification

Area of Study

Criminal Justice

Vocational School/Certifications

Micro Computer Specialist Certification

## D. CHARACTERISTICS

Do you have minor children?

○ Yes    ◉ No    ○ N/A

Are you or your minor children receiving free or reduced lunch from school

○ Yes    ◉ No    ○ N/A

Limited English Proficiency

○ Yes    ◉ No    ○ N/A

○ refuse to answer

Do you have a disability

○ Yes    ◉ No    ○ N/A

○ refuse to answer

Are you currently homeless

○ Yes    ◉ No    ○ N/A

○ refuse to answer

Have you ever been arrested, convicted?

◉ Yes    ○ No    ○ N/A

If yes, please explain

Class A Misdemeanor / time served

Release Date

07/15/2022

Are you 24 years old or younger?

○ Yes    ◉ No    ○ N/A

## E. SUPPORT RELATED BARRIERS

Do you need Child Care?

○ Yes    ◉ No    ○ N/A

If you have minor children and do not need childcare, please explain how you will obtain childcare while receiving services or training?

old enough to take care of self

Do you need transportation

O Yes   ◉ No   O N/A

If no, please explain your means of transportation while receiving services or training?

i own my truck, paid for

## F. EMPLOYMENT / TRAINING

Start with the most recent first. If you have more than 4 employers, upload additional employment information to the portal located on the upload page.

### 1. Employer

| | | | | | |
|---|---|---|---|---|---|
| Employer | Gap Inc, | **Address** | | **Micky Melton Blvd** | |
| Job Title | Financial Invent. | Start Date | 07/05/2022 | End Date | 07/17/2023 |
| Hourly Wage | 21.15 | Hrs. PerWeek: | 37.5 | Reason for Leaving | terminated |
| Duties | | Provide support to all department heads as needed, Train incoming employees | | | |

### 2. Employer

| | | | | | |
|---|---|---|---|---|---|
| Employer | Dollar General Distribution Cen | **Address** | | **George Richy Rd** | |
| Job Title | Picker | Start Date | 07/21/2021 | End Date | 01/09/2022 |
| Hourly Wage | 19.00 | Hrs. PerWeek: | 60 | Reason for Leaving | terminated due t |
| Duties | | pick orders for individual stores, oversee the 4th floor operations and maintena | | | |

### 3. Employer

| | | | | | |
|---|---|---|---|---|---|
| Employer | Dr. Brenda Copeland | **Address** | | **4th Street Longview Texas** | |
| Job Title | Assistant Office | Start Date | 01152021 | End Date | 03/21/2021 |
| Hourly Wage | 17.00 | Hrs. PerWeek: | 40 | Reason for Leaving | told I was |
| Duties | | open and closer of office, oversee cleaning of office due to COVID-19, Schedul | | | |

### 4. Employer

| | | | | | |
|---|---|---|---|---|---|
| Employer | Mike Burgett CPA | **Address** | | **Judson Rd Longview Texas** | |
| Job Title | Office Manager | Start Date | 05/05/2019 | End Date | 08/09/2019 |

| Hourly Wage | 14.00 | Hrs. PerWeek: | 25 | Reason for Leaving | Mr.Burgett state |

**Duties**                                    receive and date all incoming clients bookwork, 10 Key, operate Accounting Pr

List occupational skills and equipment you can operate including office equipment

10 key, copy machine, fax, computers, multiple phone lines, slides, shredder, laminator, alarm systems, hole punch,

### G. EMPLOYMENT OBJECTIVES

What type of service are you interested in

○ Job Search Assistance

◉ Training/School

○ N/A

Desired Job?

court stenographer

Short Term Employment Goal

legal assistant / paralegal

Long Term Employment Goal

court stenographer

Willing to travel?

◉ Yes   ○ No   ○ N/A

Willing to relocate?

◉ Yes   ○ No   ○ N/A

Hours available

40-80

Shift work

○ Yes   ◉ No   ○ N/A

Full-time work

◉ Yes   ○ No   ○ N/A

Part-time work

◉ Yes   ○ No   ○ N/A

Wage expected

$   23.00

## H. FAMILY INCOME

List ALL people in the household and wages earned in the past 6 months. If there are additional household members, upload information to the portal located on the upload page.

| | First Name/Last Name | Relationship to you | Source of Income (employer) | Amount Earned (past 6 months) | Start Date |
|---|---|---|---|---|---|
| 1 | Self | Self | unemployed Gap | $ 5000.00 14,276.34 | 07/05/2022 |
| 2 | james allen Not married not counted | partner | RNDC Distribution | $ 11.000.00 | MM/DD/YYYY |
| 3 | mikka allen | daughter | collage student | $ | MM/DD/YYYY |
| 4 | | | | $ | MM/DD/YYYY |
| 5 | | | | $ | MM/DD/YYYY |

## I. ADDITIONAL SOURCE(S) OF INCOME

If your household is or has received any of the following during the past 6 months, please indicate below

| Name of recipient(s) | Benefit | Amount Rec'd (past 6 months) | Date began |
|---|---|---|---|
| | Temporary Assistance for Needy Families (TANF) | $ | MM/DD/YYYY |
| kristeen adams | Supplemental Nutrition Assistance Program (SNAP) | $ N/A | MM/DD/YYYY |
| | Social Security | $ | MM/DD/YYYY |
| | Supplemental Security Income (SSI) | $ | MM/DD/YYYY |
| | Veteran's (VA) | $ | MM/DD/YYYY |
| kristeen adams | Unemployment (UI) | $ 1700.00 3276.00 | 07162023 |
| | Worker's Compensation | $ | MM/DD/YYYY |
| | Child Support | $ | MM/DD/YYYY |
| | Personal Educational Loan | $ | MM/DD/YYYY |

| | School-Related Educational Loan | $ | | MM/DD/YYYY |
|---|---|---|---|---|
| mikka allen | Educational Scholarship / Grant | $ | 5000.00 | 08/01/2023 |
| | Other | $ | | MM/DD/YYYY |

## J. RELEASE OF INFORMATION AND SERVICE COORDINATION/CERTIFICATION

I certify there is no intent to commit fraud, and that the information provided is true to the best of my knowledge. It will be used to determine eligibility and I am to document the accuracy of the information. I understand that the information is subject to external verification and may be released for such purposes. I am also aware that I am subject to immediate termination if I am found ineligible after enrollment as a result of falsifying information. I also understand that by my signature, I am authorizing WIOA not only to receive and obtain employment, education, training, and service information from the above sources, but I am also allowing WIOA to share relevant information needed to assist me in reaching my employment/training goals. This information will be valid for forty-five (45) days upon completion, and signature of Contractor staff.

Applicant Signature

Kristeen Adams

Date

09/13/2023

Parent or Legal Guardian Signature

Date

MM/DD/YYYY

Contractor Staff Signature

*Shannon Manns*

Date

9/13/2023

*This document contains vital information about requirements, rights, determinations, and/or responsibilities for accessing workforce system services. Language services, including the interpretation/translation of this document, are available free of charge upon request.*

*Este documento contiene información importante sobre los requisitos, los derechos, las determinaciones y las responsabilidades del acceso a los servicios del sistema de la fuerza laboral. Hay disponibles servicios de idioma, incluida la interpretación y la traducción de documentos, sin ningun costo y a solicitud.*

## REFERRAL SOURCE

How did you hear about the WIOA Program?

☐ Family/Friend

☑ Website

☐ Social Media

☐ Radio

☐ Flyer/Newspaper/Brochure/Other

☑ Other Agency, please list

  Texas Workforce / Unemployment

☐ Other

Download PDF (https://careeredgeeastbx.com/documents/download_pdf.php?file_name=wioa_application-dw&stud_id=10339)

Submit

9/27/2023

# THE WORKFORCE INFORMATION SYSTEM OF TEXAS

## *Intake Specialized Service Summary*

| | | | | |
|---|---|---|---|---|
| SSN: | XXX-XX-1414 | Name: | KRISTEEN B ADAMS | |
| Birth Date: | 11/05/1971 | Phone: | (903) 371-7372 | Ext: |

## Identity:

| | | | | |
|---|---|---|---|---|
| SSN: | XXX-XX-1414 | Update Date: 09/27/2023 | Updated by: Shannon Manns | DHS Update Date: 00/00/0000 |
| First Name: | KRISTEEN | MI: B | Last: ADAMS | Suffix: |
| Birth Date: | 11/05/1971 | Age: 51 | Phone: (903) 371-7372 | Ext: |

Email: kristeenadams@yahoo.com

TWIST ID: 159930

## Customer Address:

| | Address | City | State | Zip | County Code | City Code |
|---|---|---|---|---|---|---|
| Mailing: | 9791 Union Grove RD | Gladewater | TX | 75647 | 459 - UPSHUR | 29660 - GLADEWATER |
| Residence: | 9791 Union Grove RD | Gladewater | TX | 75647 | 459 - UPSHUR | 29660 - GLADEWATER |
| DHS Mailing: | 4881 ROSEWOOD LAND | LONGVIEW | TX | 75605-6193 | 203 - HARRISON | 43888 - LONGVIEW |
| DHS Residence: | | | | | | |

## Alias Names:

| Last Name | First Name | Middle Initial | Suffix | Changed Date |
|---|---|---|---|---|
| | | | | 00/00/00 |

## Contacts:

| First Name | Last Name | MI | Suffix | Phone | Ext. | Contact Ord | Relationship | Comments |
|---|---|---|---|---|---|---|---|---|
| FERN | CALLOWAY | | | 903-860-2719 | | 5 | | |
| GREG | CALLOWAY | | | 903-588-2742 | | 6 | | |
| ANN | SHOFNER | | | 903-537-7605 | | 7 | | |
| James | Allen | | | 903-252-7332 | | 1 | Partner | Emergency Contact |
| Mikka | Allen | | | 903-934-2733 | | 2 | Daughter | |
| Morgan | Adams | | | 903-917-8018 | | 3 | Daughter | |
| Kristeen | Adams | | | 903-619-2390 | | 4 | Self | back up number |

## Characteristics:

| | | |
|---|---|---|
| Received Parent Training: 2- No | Limited English: 2- No | Runaway Youth: 2- No |
| Case Status (Child Care) : | Criminal Justice: 2- Yes - Misdemean· | Pregnant/Parenting Youth: 2- No |
| Sex: 2- Female | Release Date: 07/15/2022 | Additional Assistance Needed: |
| | Deficient in Basic Literacy: 2- No | Out-of-Home Placement: |
| | Exhausting TANF Within 2 Years: | Not attended school last 3 mos + |
| Authorized to work in the U.S.: 1- U.S. Citizen | Homeless: 2- No | age 18 or less + no HS diploma/equivalent: 2- No |
| INS Exp Date: | Basic Skills Deficient: | |
| Selective Service: 2- No | Cultural Barrier: | |
| Registration No: | Seasonal Farmworker: | Foster Child: 0- Not a foster child 4- None of the above |
| Free Reduced Lunch: | Remained at Worksite Overnight: | |
| High Poverty Area: | Food Processing Worker· | |

## Hispanic/Latino: 2- No

## Race:

☒ White

☐ Black or African American

☐ American Indian or Alaskan Native

☐ Asian

9/27/2023                                                                                                    Page 2 of 6

# THE WORKFORCE INFORMATION SYSTEM OF TEXAS

## Intake Specialized Service Summary

SSN:  XXX-XX-1414        Name:  KRISTEEN B ADAMS

Birth Date:  11/05/1971        Phone:  (903) 371-7372    Ext:

Hispanic/Latino:    2- No

## Race:

☐  Hawaiian Native or Pacific Islander

☐  Participant did not disclose

## Education:

Highest School Grade Completed: 10- Tenth grade completed          Job Corps:  0- No

HS Diploma/Equivalency: 2- High school equivalency

Highest Post-Secondary Education Level Completed: 4- Completed one of more years of post-secondary education

School Status: 5- Not attending school; HS graduate or equivalen          Adult Education Received:

Voc. Ed. Perkins Received:

Class Schedule:                                        Voc. Rehab. Received:

Major:  Criminal Justice                                Trng. Pay-for-Perf. Received:

| School Name | Address | City | State County Zip | Total Hrs in School/Train |
|---|---|---|---|---|
| NTCC | | Mt Pleasant | TX | |

## List Special Courses Taken (Military, Vocational, Technical)

**Courses**

Micro Computer Specialist Cert

## Military:

Military Service:  2 - No

Operation Iraqi Freedom and/or Operation Enduring Freedom:

Homeless Veterans' Reintegration Program Grantee No.:

Other Significant Barrier to Employment:

## Employment History:

| Copied | Employer | Job Title | Begin Date | End Date | Salary | Type | Separation |
|---|---|---|---|---|---|---|---|
| ☐ | Gap Inc, | Financial Inventory | 07/05/2022 | 07/17/2023 | 21.15 | Hour | Discharged |
| ☐ | Dollar General Distribution | Picker | 07/21/2021 | 01/09/2022 | 19.00 | Hour | Discharged |
| ☐ | Dr. Brenda Copeland | Office Assistant | 01/15/2021 | 03/21/2021 | 17.00 | Hour | Discharged |
| ☐ | Mike Burgett CPA | Office Manager | 05/05/2019 | 08/09/2019 | 14.00 | Hour | Discharged |

## Public Assistance:

| | DHS Case Number | DHS Client Number | Amount | Start Date | Certification Date | Named on Grant? | Curr. Rcv'g /Rcv'd last 6 mos.? | Rcv'd Pymt? | Last Pymt Dt. | DHS Date | Assistance Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| General Assistance | | | $.00 | 00/00/0000 | | ☐ | | | | | |
| Refugee Assistance | | | $.00 | 00/00/0000 | | ☐ | ☐ | | | | |

# THE WORKFORCE INFORMATION SYSTEM OF TEXAS

## Intake Specialized Service Summary

SSN: XXX-XX-1414  Name: KRISTEEN B ADAMS
Birth Date: 11/05/1971  Phone: (903) 371-7372  Ext:

**Public Assistance:**

| | DHS Case Number | DHS Client Number | Amount | Start Date | Certification Date | Named on Grant? | Curr. Rcv'g /Rcv'd last 6 mos.? | Rcv'd Pymt? | Last Pymt Dt. | DHS Date | Assistance Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | | | $.00 | 00/00/0000 | | ☐ | ☐ | | | 00/00/0000 | |
| SNAP | | | $.00 | 00/00/0000 | 00/00/0000 | ☐ | ☐ | | | 00/00/0000 | |
| SSI | | | $.00 | 00/00/0000 | | ☐ | ☐ | | 00/00/0000 | 00/00/0000 | |
| SNAP E&T ABAWD | | | $.00 | 00/00/0000 | | | ☐ | | | | |
| SSDI | | | $.00 | 00/00/0000 | | ☐ | ☐ | | 00/00/0000 | | |
| Other State or Local Income based Public Assistance | | | $.00 | | | ☐ | ☐ | | | | |
| Ticket to Work Program Holder | | | | | | | ☐ | | | | |

## Family:

Family Status: 1- Parent in One-Parent Family  Head of Household ☒
Marital Status: 4- Divorced  Non-Custodial Parent ☐
Dependent Under 18:  Number in Family: 2
Number in Family(Child Care):

Total Family Assets Do Not Exceed $1 Million ☐
Repayment Schedule Status:
Primary Language Spoken at Home:
Reason for Care:  Non-Traditional Hours: ☐
Child Care Referred By:  Special Project:
Total Weekly Work Hours: 0  Eligibility Start Date: 00/00/0000
Total School/Train Hours : 0  Eligibility End Date: 00/00/0000
Preferred Child Care Zip Codes:

## Income:

Income Determination Period:  Beginning: 03/15/2023  Ending: 09/12/2023

9/27/2023

## THE WORKFORCE INFORMATION SYSTEM OF TEXAS

### Intake Specialized Service Summary

SSN: XXX-XX-1414     Name: KRISTEEN B ADAMS
Birth Date: 11/05/1971     Phone: (903) 371-7372     Ext:

| Family Member | Included 6 Mos (WIA/WIOA Definition) | Excluded 6 Mos (WIA/WIOA Definition) | Total 6 Months | Total Child Care Included (Month) |
|---|---|---|---|---|
| KRISTEEN B ADAMS | 17,552.34 | | | |
| Mikka Allen | | 5,000.00 | | |
| | 17,552.34 | 5,000.00 | 22,552.34 | .00 |
| | | Ongoing Medical Expense: | | .00 |
| | | Month Total (Less Medical Expense): | | .00 |
| | x 2 | | | x 12 |
| Annualized Total: | 35,104.68 | Annualized Total: | | .00 |

## Employment Status:

Available for Work: 1- Yes

Employment Status: 3- Not Employed

Not Self Sufficient: 1- Yes
  Lack Significant Work History
  Worked less than 3 out of 12 months
    2- No

Worked less than 3 out of 24 months
    2- No

Long Term Unemployed
  Worked in last 27 weeks
    0- Not Asked

Last Job Start Date: 07/07/2022
Last Job End Date: 07/17/2023
Tenure at Last Job: 12 Months
Hourly Wage: $21.15
Hours Per Week: 37
O*NET Code: 43309900 - Financial Clerks, All Other
Weeks Worked Last 26 Weeks: 18
# of Months Worked out of last 24: 16          09/27/2023

## Dislocated Worker:

Planned Closure/Public Notice:
  2- No

Terminated/Laid Off/Received Notice:
  1- Yes

Unlikely to Return:
  1- Yes

Permanent Closure/Substantial Layoff:
  2- No

Dislocated Job Hourly Wage:  $21.15

General Announcement:

Natural Disaster:
  2- No

Worker Profiled and Referred:
  1- Yes

Previous Self-Employment:
  2- No

Displaced Homemaker:
  2- No

Military Spouse:

Local Economic Conditions:
  2- No

NAFTA/TAA:
  2- No

Trade Adjustment Assistance:
  2- No

Job of Dislocation Information - --
  Begin Date: 07/05/2022
  End Date: 07/17/2023
  Length of Time Worked: 12 Months

UI Elig / Attachment to Workforce: 1- Eligible Claimant          UI Claimant: 1- State

## Disability / Medical:

Disabled: 2- No
Disability Barrier: 2- No
Substance Abuse: 2- No

## Category of Disability :
☐ Physical/Chronic Health Condition

# THE WORKFORCE INFORMATION SYSTEM OF TEXAS

## *Intake Specialized Service Summary*

SSN:  XXX-XX-1414      Name:  KRISTEEN B ADAMS

Birth Date:  11/05/1971      Phone:  (903) 371-7372   Ext:

**Category of Disability :**

☐ Physical/Mobility Impairment

☐ Mental or Psychiatric Disability

☐ Vision-related Disability

☐ Hearing -related Disability

☐ Learning Disability

☐ Cognitive/Intellectual Disability

☐ Participant did not disclose type of disability

Disability SDDA Services:

Disability LSMHA Services:

Disability Medicaid HCBS Services:

Disability Section 504 Plan:

Disability Type-Customized Employment Services Received:

Disability Financial Capability:

Disability Individualized Education Program Participant:

Disability Work Setting:

## Optional Questions

| Office | Optional Question | Answer |
|---|---|---|
| 99 - State of Texas | Original State of Residence? | |
| 99 - State of Texas | Is training funded by DARS, DADS or a veteran's agency? Y/N | |
| 99 - State of Texas | Is current occupation on the Target Occupation list? Y/N | |
| 99 - State of Texas | Are there any relevant job matches in WorkInTexas? Y/N | |
| 99 - State of Texas | Is training on the State/Board's Target Occupation list? Y/N | |
| 99 - State of Texas | For what occupation is the individual being trained? | |
| 99 - State of Texas | Estimated number of hours per week in training? | |
| 99 - State of Texas | Training start date? (mm/dd/yyyy) | // |
| 99 - State of Texas | Anticipated training end date? (mm/dd/yyyy) | // |
| 99 - State of Texas | Funding source of training? | |
| 99 - State of Texas | ARRA/TANF Summer Employment Eligibility | |
| 99 - State of Texas | Household receives TANF; Y/N | |
| 99 - State of Texas | Household receives SNAP; Y/N | |
| 99 - State of Texas | Youth receives Children Health Insurance Program (CHIP);Y/N | |
| 99 - State of Texas | Youth receives Medicaid;Y/N | |
| 99 - State of Texas | Household receives subsidized childcare through the CCDF;Y/N | |
| 99 - State of Texas | Household eligible/receives public housing assistance; Y/N | |
| 99 - State of Texas | Household is participating in WIC; Y/N | |
| 99 - State of Texas | Youth receives free or reduced school lunch; Y/N | |
| 99 - State of Texas | Youth eligible for, or enrolled in, WIA youth services; Y/N | |
| 99 - State of Texas | Income is 200% or below HHS Poverty Guidelines/LLSIL; Y/N | |
| 99 - State of Texas | CORONAVIRUS (COVID-19) | |

DocuSign Envelope ID: 7E6E8B49-15B3-4E56-L    EFF37C7ED9ED
9/27/2023

Page 6 of 6

# THE WORKFORCE INFORMATION SYSTEM OF TEXAS

## *Intake Specialized Service Summary*

SSN: XXX-XX-1414    Name: KRISTEEN B ADAMS
Birth Date: 11/05/1971    Phone: (903) 371-7372    Ext:

## Optional Questions

| Office | Optional Question | Answer |
|---|---|---|
| 99 - State of Texas | 1. Are planned services due to COVID-19? | |
| 99 - State of Texas | 2. Will individual be performing Disaster Relief Employment? | |
| 99 - State of Texas | 3. Will individual be co-enrolled with another TWC program? | |
| 99 - State of Texas | 4. If co-enrolled, please enter program name(s). | |

Card Holder:
Card Mailing Address

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

---

## CERTIFICATION

(This certification is to be signed by the applicant after the Application has been completed and the applicant reviews the information on the Application.) I certify there is no intent to commit fraud. I am also aware that the information provided is true to the best of my knowledge and will be used to determine eligibility and that I am required to document the accuracy of the information and that the information is subject to external verification and may be released for such purpose. I am also aware that I am subject to immediate termination if I am found ineligible after enrollment as a result of falsifying information on the Application and may be prosecuted for fraud and/or perjury.

DocuSigned by:

*kristeen adams*    10/11/2023          *Ilese McConnell*    10/2/2023
—9CF72BACA5F5463—
Name (Signature of Applicant)    Date    Name (Reviewed by)    Date


Name (Signature of Parent or Legal Guardian)    Date    Name (Data entered by)    Date

*Shannon Manns*    9/27/2023
Name (Signature of Intake Officer)    Date

## Instructions For Completing Citizenship/Eligible NonCitizen Status Authorization To Work Form

By completing this form with the appropriate accompanying documentation, job seekers can prove that they have the right to work in the United States and are eligible to receive WIOA-funded services. Job seekers complete the form by providing the appropriate documents for the box(s) that they have checked, choosing either one item from List A, or one item each from List B and List C.

Job seekers will be asked to complete the personal identification information at the top of the form. They will then be asked to review the form to determine if they have the appropriate documentation to check an item from List A, or if they have the appropriate documentation to check an item from both List B and List C.

*Copies of the appropriate documents must be maintained in the job seeker's case file along with the Citizenship/Eligible Noncitizen Status Authorization to Work form for proof of eligibility to work in the United States and receive WIOA-funded services.*

## WORKFORCE SOLUTIONS EAST TEXAS
## WORKFORCE INNOVATION AND OPPORTUNITY ACT
## Citizenship/Eligible noncitizen Status Authorization to Work

For individuals to participate in Workforce Innovation and Opportunity Act programs, they must be authorized to work in the United States. Please complete the following form, choosing one item from List A, or one item from List B and one item from List C.

Print Name (Last)*

Adams

First *

Kristeen

MI *

B

Maiden Name

Adams

Date of Birth(month/day/year) *

11/05/1971

Social Security Number *

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

| LIST A | LIST B | LIST C |
|---|---|---|
| Documents That Establish Both Identity and Employment Eligibility | Documents That Establish Identity | Documents That Establish Employment Eligibility |
| OR | | AND |

SAVE

☐ U.S. Passport or U.S. Passport Card

☐ Permanent Resident Card or Alien Registration Receipt Card (Form I-551)

☐ Foreign Passport, that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigration visa

☐ Employment Authorization Document that contains a Photograph (Form I-766)

☐ In the case of a nonimmigrant alien authorized to work for a specific employer incident to status, a foreign passport with Form I-94 or Form I-94A bearing the same name as the passport and containing an endorsement of the alien's nonimmigrant status, as long as the period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form

☐ Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI

☑ Driver's License or ID Card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address

☐ ID Card issued by federal, state, or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

☐ School ID Card with a photograph

☐ Voter's Registration Card

☐ U.S. Military Card or Draft Record

☐ Military Dependent's ID Card

☐ U.S. Coast Guard Merchant Mariner Card

☐ Native American Tribal Document

☐ Driver's License issued by a Canadian government authority

For persons under age 18 who are unable to present a document listed above:

☐ School record or report card

☐ Clinic, doctor, or hospital record

☐ Day care or nursery school record

☑ Social Security Account Number card other than one that specifies on the face that the issuance of the card does not authorize employment in the United States

☐ Certificate of Birth Abroad issued by the Department of Homeland Security (Forms FS-545 or FS-240)

☐ Certification of Report of Birth issued by the Department of Homeland Security (Form DS-1350)

☐ Original or certified copy of a birth certificate issued by a State, county, municipal authority or territory of the United States bearing an official seal

☐ Native American Tribal Document

☐ U.S. Citizen ID Card (INS Form I-197)

☐ Identification Card for use of Resident Citizen in the United States (Form I-179)

☐ A letter of certification issued by the Department of Health and Human Services (human trafficking)

☐ Employment authorization document issued by the Department of Homeland Security

☐ Screenprint of UI screen *Current Claim Status*

☐ UI award letter

☐ Expedited Eligibility through TAA

☐ Expedited Eligibility through RESEA

---

**CERTIFICATION**

I certify that the information stated above is true and accurate, and understand that the above information, if misrepresented or incomplete, may be grounds for immediate termination or penalties as specified by law.

Job Seeker Signature *

   Kristeen B Adams

Date *

   09/13/2023

**Workforce Solutions Office Staff Signature**

*Shannon Manns*

Print Name

   Shannon Manns

Date

   9/27/2023

**Manager/Reviewer Signature**

*Nan McConnell*

Print Name

   Nan McConnell

Date

   10/2/2023

**EQUAL OPPORTUNITY IS THE LAW**

Workforce Solutions East Texas is an equal opportunity employer/program and auxiliary aids and services are available upon request to include individuals with disabilities.

TTY/TDD via RELAY Texas service at 711 or (TDD) 1-800-735-2989/1-800-735-2988 (voice)

*This document contains vital information about requirements, rights, determinations, and/or responsibilities for accessing workforce system services.  Language services, including the interpretation/translation of this document, are available free of charge upon request.*

*Este documento contiene información importante sobre los requisitos, los derechos, las determinaciones y las responsabilidades del acceso a los servicios del sistema de la fuerza laboral.  Hay disponibles servicios de idioma, incluida la interpretación y la traducción de documentos, sin ningún costo y a solicitud.*

Download PDF (https://careeredgeeasttx.com/documents/download_pdf.php?file_name=authorization_to_work-dw&stud_id=10339)

Submit

)

DocuSign Envelope ID: 7E6E8B49-15B3-4E56    -EFF37C7ED9ED



## WORKFORCE SOLUTIONS EAST TEXAS BOARD
## ORIENTATION TO DISCRIMINATION COMPLAINT PROCEDURES FORM
### (29 CFR Part 38)

This Orientation to Discrimination Complaint Procedures form addresses discrimination complaint procedures for the listed programs and services administered in the local workforce development area by the Workforce Development Board and its Contractors:

**Workforce Innovation and Opportunity Act (WIOA)**
**Temporary Assistance for Needy Families (TANF) / CHOICES**
**Supplemental Nutrition Assistance Program Employment & Training (SNAP E&T)**
**Child Care Services (CC)**
**Trade Adjustment Assistance (TAA) and Trade Readjustment Allowances (TRA)**

**THE RECIPIENT OF THE FEDERAL FINANCIAL ASSISTANCE IS:**

**Workforce Solution East Texas Board**
**3800 Stone Rd**
**Kilgore, TX 75662**

**Equal Opportunity (EO) Officer:  Keith Huddleston**
**Telephone Number: (903) 218-6439**
**Relay Texas:  1-800-735-2989/ TTY 1-800-735-2988 (Voice)**

The Workforce Solutions East Texas Board (the Board) shall resolve equal opportunity complaints in a fair and prompt manner. Acts of restraint, interference, coercion, discrimination, or reprisal towards complainants exercising their rights to file a complaint under this procedure are prohibited.  This procedure applies to all applicants and participants who have cause to file a discrimination complaint related to activities or programs administered by the Board.  If you have an equal opportunity complaint concerning any of these programs, you may submit your written complaint to the Board or Contractor EO Officer, as appropriate.

After your equal opportunity complaint has been received, the EO Officer will notify you of the next step in the complaint process.  As long as you wish to pursue your complaint, the Board or Contractor will follow the steps described below.  You should study the Discrimination Complaint Procedure carefully, and if you feel that the required steps are not being followed, contact the EO Officer.  Remember, if you feel you are not being provided enough help at any stage of the complaint process, you should contact:

**Texas Workforce Commission (TWC)**
**Equal Opportunity Monitoring**
**101 E. 15th St., Room 504**
**Austin, TX  78778-0001**

**Telephone Numbers:**
**(512) 463-2400**
**Relay Texas:  1-800-735-2989**
**TTY 1-800-735-2988 (Voice)**

### EQUAL OPPORTUNITY IS THE LAW

It is against the law for this recipient of Federal financial assistance to discriminate on the following bases: against any individual in the United States, on the basis of race, color, religion, sex (including pregnancy, childbirth, and related medical conditions, sex stereotyping, transgender status, and gender identity), national origin (including limited English proficiency), age, disability, or political affiliation or belief, or, against any beneficiary of, applicant to, or participant in programs financially assisted under Title I of the Workforce Innovation and Opportunity Act, on the basis of the individual's citizenship status or participation in any WIOA Title I–financially assisted program or activity. The recipient must not discriminate in any of the following areas: deciding who will be admitted, or have access, to any WIOA Title I–financially assisted program or activity; providing opportunities in, or treating any person with regard to, such a program or activity; or making employment decisions in the administration of, or in connection with, such a program or activity. Recipients of federal financial assistance must take reasonable steps to ensure that communications with individuals with disabilities are as effective as communications with others. This means that, upon request and at no cost to the individual, recipients are required to provide appropriate auxiliary aids and services to qualified individuals with disabilities.

**What to do if you believe you have experienced discrimination.** If you think that you have been subjected to discrimination under a WIOA Title I–financially assisted program or activity, you may file a complaint within 180 days from the date of the alleged violation with either: the recipient's Equal Opportunity Officer (or the person whom the recipient has designated for this purpose); or the Director, Civil Rights Center (CRC), U.S. Department of Labor, 200 Constitution Avenue NW, Room N-4123, Washington, DC  20210. If you file your complaint with the recipient, you must wait either until the recipient issues a written Notice of Final Action, or until 90 days have passed (whichever is sooner), before filing with the Civil Rights Center (see address above). If the recipient does not give you a written Notice of Final Action within 90 days of the day on which you filed your complaint, you may file a complaint with CRC before receiving that Notice. However, you must file your CRC complaint within 30 days of the 90-day deadline (in other words, within 120 days after the day on which you filed your complaint with the recipient). If the recipient does give you a written Notice of Final Action on your complaint, but you are dissatisfied with the decision or resolution, you may file a complaint with CRC. You must file your CRC complaint within 30 days of the date on which you received the Notice of Final Action.

Initials _____ kh

DocuSign Envelope ID: 7E6E8B49-15B3-4E56    -EFF37C7ED9ED



## PROCEDURES ON HOW TO FILE A COMPLAINT

### WORKFORCE INNOVATION AND OPPORTUNITY ACT (WIOA) / TRADE ADJUSTMENT ASSISTANCE (TAA) and TRADE READJUSTMENT ALLOWANCES (TRA):

If you think you have been subjected to equal opportunity discrimination under a WIOA Title I or a TAA/TRA financially assisted program or activity, you may file a discrimination complaint within 180 days from the date of the alleged violation with either the Board/Contractor Equal Opportunity Officer (or designee) or Director, Civil Rights Center (CRC), U.S. Dept. of Labor, 200 Constitution Avenue NW, Room N-4123 Washington, DC 20210. If you file your complaint with the Board or Contractor, you must wait until you receive a written Notice of Final Action or 90 days have passed (whichever is sooner) before you can file with the CRC. If the written Notice of Final Action is not issued within 90 days of the day you filed your complaint, you have 30 days following the 90-day deadline to file a complaint with CRC (that is, within 120 days of the day you first filed your complaint). If you receive a written Notice of Final Action on your complaint but are dissatisfied with the decision, you may file a complaint with CRC. However, you must file your CRC complaint within 30 days of receiving the Notice of Final Action.

### ☐ TEMPORARY ASSISTANCE FOR NEEDY FAMILIES (TANF) / CHOICES and/or CHILD CARE SERVICES (CC):

If you think you have been subjected to equal opportunity discrimination under a TANF/Choices and/or Child Care (CC) program or activity receiving federal financial assistance, you may file a complaint within 180 days from the date of the alleged violation with either the Board/Contractor Equal Opportunity Officer (or designee) or U.S Department of Health and Human Services (HHS), the Office for Civil Rights, 1301 Young Street, Suite 1169, Dallas, TX 75202, (800) 368-1019. Those filing complaints against child care program services receiving USDA federal financial assistance may choose to contact the U.S. Department of Agriculture (USDA), Office of Adjudication, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410. If you file your complaint with the Board or Contractor, you must wait until a written Notice of Final Action is issued or until 90 days have passed (whichever is sooner) before you can file with the U.S. Department of Health and Human Services.

### ☐ SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM EMPLOYMENT AND TRAINING (SNAP E&T):

If you think you have been subjected to discrimination under a SNAP E&T financially assisted program or activity, you may file a complaint within 180 days from the date of the alleged violation with either the Board/Contractor Equal Opportunity Officer (or designee) or the U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, SW, Washington, DC 20250-9410, (202) 260-1026. If you file your complaint with the Board or Contractor, you must wait either until a written Notice of Final Action is issued or until 90 days have passed (whichever is sooner) before filing with the U.S. Department of Agriculture.

### *Please do not sign this notice until you have read it and understand its contents.*

By my signature below, I acknowledge this orientation to the discrimination complaint procedure and the statement regarding Equal Opportunity Is the Law. I affirm that I have read the *Orientation to Discrimination Complaint Procedures Form* and that I have been given the opportunity to ask questions about its contents. I understand that the One-Stop application form is not a job application; rather, this form is used to determine my eligibility to receive program services and to meet federal reporting requirements. I further understand that failure to provide the requested information may prevent me from receiving services.

DocuSigned by:

*Kristeen Adams*

Kristeen Adams                    10/11/2023

**Applicant Signature**          **Printed Name**          **Date**

AN EQUAL OPPORTUNITY EMPLOYER / PROGRAM
*Auxiliary aids and services are available upon request to individuals with disabilities*
Relay Texas: 1-800-735-2989 (TTY); 1-800-735-2988 (Voice); 1-800-622-4954 (Español)

DocuSign Envelope ID: 7E6E8849-15B3-4E56- -EFF37C7ED9ED

**Workforce Solutions East Texas**

**Customer Rights and Complaint Resolution Procedure and Customer Complaint Form**

Participating in workforce services administered by the Texas Workforce Commission (Commission) or Workforce Solutions East Texas Board (Board) grants you the right to file a complaint regarding your workforce services. These rights are guaranteed through the Commission's complaints, hearings and appeals procedures* at 40 TAC, Chapter 823. *This complaint process does not pertain to matters alleging violations of nondiscrimination or equal opportunity requirements under the Workforce Innovation and Opportunity Act (WIOA) or matters governing job service-related complaints.

**The Complaint Process:**
**What is a complaint?**
A complaint is a written statement alleging a violation of any law, regulation, or rule relating to any federal- or state-funded workforce service. If you have received an adverse action or want to file a formal complaint about workforce services, you are first encouraged to discuss the adverse action or complaint with Texas Workforce Center staff where the complaint originated.

**Who may file a complaint?**
- Texas Workforce Center customers – Individuals who have applied for or are eligible to receive federal- or state-funded workforce funded services administered by the Commission or the Board. These services include Child Care; Temporary Assistance for Needy Families Choices; Supplemental Nutrition Assistance Program Employment &Training; WIOA Adult, Dislocated Worker, Youth; Non-Custodial Parent; and Eligible Training Providers receiving WIOA funds or other funds for training services.

- Other interested parties affected by the Texas workforce system, including sub-recipients. These individuals may be childcare or other service providers that have a received a written statement issued by the Board, a Texas Workforce Center, or the Agency relating to an adverse action, or a provider or contractor, related to denial or termination of eligibility, under programs administered by the Agency or the Board.

- Previously employed individuals who believe they have been displaced by a Texas Workforce Center customer participating in work-based services such as subsidized employment, work experience, or workfare.

**How do I file a complaint?**
- Complaints must be in writing using the attached complaint form.
- Complaints must be filed within 180 days of the alleged violation.
- Complaints must be mailed to:  Hearing Officer
  Workforce Solutions East Texas
  3800 Stone Rd.
  Kilgore, TX 75662

Board complaint procedures are available upon request.

**How will the complaint be resolved?**
- You will be given the opportunity for an informal resolution to resolve any disputes resulting from either a complaint or an appeal to a determination. An example of an informal resolution may include:
  - Meeting with your immediate case worker to seek a resolution;
  - Meeting with a Texas Workforce Center manager or designated Board staff for a more in-depth discussion related to the circumstances of the complaint and to discuss how the complaint may be resolved;
- If you are not satisfied with the outcome of the informal resolution, you have the right to file a complaint and to have the opportunity for a Board hearing with the Workforce Solutions East Texas Board at: 3800 Stone Rd. Kilgore. Texas 75662.
- Once a complaint is filed with the Board, you will be notified in writing of a Board hearing at least (10) ten calendar days prior to the hearing date. The ten-day notice may be shortened with prior written consent of the parties involved.
- A Board decision will be issued within 60 calendar days from the date the complaint is originally filed.

If you do not agree with the decision issued by the Board or if no decision is mailed within 60 calendar days from the date the complaint was originally filed, you may file a written appeal to the Commission. The appeal must be sent within 14 calendar days after the mailing date of the Board's decision or 90 calendar days after the original filing date of the complaint. Appeals to the Commission are mailed to:

Appeals, Texas Workforce Commission
101 East 15th St., Room 410
Austin, Texas 78778-0001

**Please do not sign this notice until you have read it and understand its contents.**
This is to certify that I have read the Customer Rights and Complaint Resolution Procedure and Customer Complaint Form and that I have been given the opportunity to ask questions about its contents. By my signature below, I acknowledge that I have received a copy of the aforementioned form.

| | | |
|---|---|---|
| *Kristeen Adams* | Kristeen Adams | 10/11/2023 |
| Applicant Signature | Print Full Name | Date |

Workforce Solutions East TX is an Equal Opportunity Employer/Program. Auxiliary Aids and Services are available, upon request, to individuals with disabilities. Relay Texas: 1-800-735-2989 (TTY); 1-800-735-2988 (Voice); 1-800-662-4954 (Espanol)

Workforce Soluciones de East TX es un programa de oportunidades de igualdad de empleo. Ayundantes auxiliares y servicios estan disponibles a peticion para individuos con incapacidades. Relay Texas: 1-800-735-2989 (TTY); 1-800-735-2988 (Voz); 1-800-662-4954 (Espanol)

DocuSign Envelope ID: 7E6E8B49-15B3-4E5E    I-EFF37C7ED9ED



**Workforce Solutions East Texas**

**Customer Rights and Complaint Resolution Procedure and Customer Complaint Form**

## Complainant (person filing the complaint)

\*NAME (PERSON AND/OR BUSINESS

E-MAIL ADDRESS

\*MAILING ADDRESS

HOME PHONE #

\*CITY/STATE                    \*ZIP CODE    WORK PHONE #

CELL PHONE #

## Complaint Filed Against:

\*NAME (PERSON AND/OR BUSINESS)

E-MAIL ADDRESS

\*MAILING ADDRESS

HOME PHONE #

\*CITY/STATE                    \*ZIP CODE    WORK PHONE #

CELL PHONE #

\*Required Information

*Provide a clear and brief statement of the facts, including relevant dates and any known violation of law, regulations, or rules related to any federal- or state-funded workforce service. If additional space is needed, you may use the reverse side of this form or attach a separate statement of no more than 5 pages.*

The above information is true and correct to the best of my knowledge.

Signature of Complainant

Date

---

FOR OFFICIAL USE

Individual Receiving Complaint: _____    Title: _____

City: _____    Telephone: _____

Date complaint was received: _____    Action Taken:

---

This complaint process does not pertain to matters alleging violations of nondiscrimination or equal opportunity requirements under WIOA or matters governing job service-related complaints.

*This document contains vital information about requirements, rights, determinations, and/or responsibilities for accessing workforce system services. Language services, including the interpretation/translation of this document, are available free of charge upon request.*

*Este documento contiene información importante sobre los requisitos, los derechos, las determinaciones y las responsabilidades del acceso a los servicios del sistema de la fuerza laboral. Hay disponibles servicios de idioma, incluida la interpretación y la traducción de documentos, sin ningún costo y a solicitud.*

Workforce Solutions East TX is an Equal Opportunity Employer/Program. Auxiliary Aids and Services are available, upon request, to individuals with disabilities. Relay Texas: 1-800-735-2989 (TTY); 1-800-735-2988 (Voice); 1-800-662-4954 (Espanol)

Workforce Soluciones de East TX es un programa de oportunidades de igualdad de empleo. Ayundantes auxiliares y servicios estan disponibles a peticion para individuos con incapacidades. Relay Texas: 1-800-735-2989 (TTY); 1-800-735-2988 (Voz); 1-800-662-4954 (Espanol)

DocuSign Envelope ID: 7E6E8B49-15B3-4E56-    EFF37C7ED9ED



**Workforce Innovation and Opportunity Act**
**Job Placement Verification**

**Section I: Release of Information**

A. I hereby authorize the Texas Workforce Commission or any employer, past, present, or future to release any information requested by Career Team, East Texas Council of Governments, Texas Workforce Commission, U.S. Department of Labor, or any other agency gathering information in conjunction with the Workforce Innovation and Opportunity Act. I also authorize the use of my social security number for these purposes.

B. _kristeen Adams_                                    10/11/2023
   Signature                                            Date

**Section II: Placement Verification**

<u>NOTE TO EMPLOYER</u>: If there are any items in A through E that are incorrect, please make corrections.

A. _____
   Participant Name                                  Social Security Number

B.  Average Hours Worked Per Week_____

    Dates Employed: From                          To

    Is the participant still employed?   YES        ____ No

    Job Title:_____

C. Starting Wage Per Hour _____ Present Wage Per Hour _____

    Quarterly Wages:    Q___Y___ $_____        Q___Y___ $_____
                        Q___Y___ $_____        Q___Y___ $_____

    Does the Employer contribute to a Benefit package? YES, NO _____    Number of employees _____

D. _____
   Business Name, Address (Street, City, Zip)

E.  Business Telephone Number_____

F.  Is the participant's position reported on the Texas Workforce Commission unemployment insurance wage records?

    YES_____        NO_____

G.  I certify that the above information is true and accurate. I also understand that I may be contacted by Career Team, East Texas Council of Governments, Texas Workforce Commission or U.S. Department of Labor to verify the above information.

    _____          _____          _____
    Signature of Person Verifying              Title                    Date

        ☐ Verified by telephone with employer

**EQUAL OPPORTUNITY IS THE LAW**
Workforce Solutions East Texas is an equal opportunity employer/program and auxiliary aids and services
are available upon request to include individuals with disabilities.
TTY/TDD via RELAY Texas service at 711 or (TDD) 1-800-735-2989/1-800-735-2988 (voice)

*This document contains vital information about requirements, rights, determinations, and/or responsibilities for accessing workforce system services. Language services, including the interpretation/translation of this document, are available free of charge upon request.*

*Este documento contiene información importante sobre los requisitos, los derechos, las determinaciones y las responsabilidades del acceso a los servicios del sistema de la fuerza laboral. Hay disponibles servicios de idioma, incluida la interpretación y la traducción de documentos, sin ningún costo y a solicitud.*

Rev. 11/11/19

DocuSign Envelope ID: 7E6E8B49-15B3-4E56-   EFF37C7ED9ED

# WORKFORCE SOLUTIONS EAST TEXAS
## *RELEASE OF INFORMATION*

I, _Kristeen Adams_____, do hereby knowingly and voluntarily authorize the disclosure to Workforce Solutions East Texas and its subrecipients of any records or information pertaining to my participation or which may be used by Workforce Solutions East Texas to determine my eligibility for any training or employment programs.

This will authorize any past, present, or future employer; the Texas Department of Health and Human Services; the Social Security Administration; Department of Assistive and Rehabilitative Services; Andrews Center; any Public School System; or any other social service agency to release any information requested by Workforce Solutions East Texas and its subrecipients; East Texas Council of Governments; the Texas Workforce Commission or any other agency gathering information in conjunction with workforce center programs and other Federal or State programs.

I also agree to allow the use of my social security number to be utilized for tracking and wage verification.

DocuSigned by:

*kristeen adams*                                                          10/11/2023

_____                    _____
Signature of Customer                                                  Date

Kristeen Adams

_____
Printed Name of Customer


_____                    _____
Signature of Parent or Guardian (if applicable)              Date


_____
Print Name of Parent / Guardian (if applicable)

EQUAL OPPORTUNITY IS THE LAW
Workforce Solutions East Texas is an equal opportunity employer/program and auxiliary aids and services
are available upon request to include individuals with disabilities.
TTY/TDD via RELAY Texas service at 711 or (TDD) 1-800-735-2989/1-800-735-2988 (voice)

*This document contains vital information about requirements, rights, determinations, and/or responsibilities for accessing workforce system services. Language services, including the interpretation/translation of this document, are available free of charge upon request.*
*Este documento contiene información importante sobre los requisitos, los derechos, las determinaciones y las responsabilidades del acceso a los servicios del sistema de la fuerza laboral. Hay disponibles servicios de idioma, incluida la interpretación y la traducción de documentos, sin ningún costo y a solicitud.*

WDA Form 0039 WSET Release Of Information (rev. 4.24.2023)

DocuSign Envelope ID: 7E6E8B49-15B3-4E56    :-EFF37C7ED9ED



## CAREER TEAM

## MAINTAINING A DRUG FREE WORKPLACE

The use of narcotics and dangerous drugs has been a continually increasing problem affecting all facets of society.  There is significant evidence that drug use affects a participant's ability to perform work safely, increases absenteeism, and reduces productivity.

Career Team is very concerned with participant health and safety, work quality and productivity, and security.  A typical individual involved in drug use has an increased tendency toward accidents involving the health and safety of fellow participants, loss or damage to company property, and interference with work performance.

It is the policy of Career Team to prohibit the unlawful distribution, possession, or use of controlled substance in the workplace.  Career Team will not hire, or rehire, individuals who are known to use any narcotics, dangerous drugs, or other controlled substances with a medically acceptable prescription, in any amount, regardless of frequency or occasion.

It is also the policy of Career Team to take severe disciplinary action, up to and including discharge, against participants who violate this policy with respect to drug abuse or possession in the workplace.

**I HAVE READ AND UNDERSTAND THIS DRUG USE POLICY AND AGREE TO ABIDE BY ITS TERMS AND CONDITIONS.**

DocuSigned by:

*kristeen adams*

**Participant's Signature**

10/11/2023

**Date**

EQUAL OPPORTUNITY IS THE LAW
Workforce Solutions East Texas is an equal opportunity employer/program and auxiliary aids and services
are available upon request to include individuals with disabilities.
TTY/TDD via RELAY Texas service at 711 or (TDD) 1-800-735-2989/1-800-735-2988 (voice)

This document contains vital information about requirements, rights, determinations, and/or responsibilities for accessing workforce system services.  Language
services, including the interpretation/translation of this document, are available free of charge upon request.

Este documento contiene información importante sobre los requisitos, los derechos, las determinaciones y las responsabilidades del acceso a los servicios del sistema
de la fuerza laboral.  Hay disponibles servicios de idioma, incluida la interpretación y la traducción de documentos, sin ningún costo y a solicitud.

Rev. 11/11/19

DocuSign Envelope ID: 7E6E8B49-15B3-4E56    -EFF37C7ED9ED

## Individual Employment Plan

**General Information:**

| | |
|---|---|
| Plan ID: | 386804 |
| User ID: | 13601817 |
| Name: | ADAMS,KRISTEEN |
| Preferred Name: | |
| Plan was started on: | 09/11/2023 |
| Plan was started in office location: | 1002 WF SOL ETX Longview |
| Plan closed on: | |

**Goals and Objectives Established:**

| Goal # /Goal ID | Program Affiliation(s) | Type of Goal | Term of Goal | Date Established | Estimated Date of Completion | Actual Completion Date | Status |
|---|---|---|---|---|---|---|---|
| 1/3324619 | WP | Employment | Intermediate Term | 09/11/2023 | 10/11/2023 | | Open |

**Goal Description:** INTERMEDIATE (JOB SEARCH)

Comments: ADAMS, KRISTEEN will complete required work search activities as deemed by UI. Job seeker states they are required to complete 3 per week.

**Objectives to Goal #1**

| Objective | Date Established | Review Date | Program | Staff | Status |
|---|---|---|---|---|---|

**Comments:**

| Goal # /Goal ID | Program Affiliation(s) | Type of Goal | Term of Goal | Date Established | Estimated Date of Completion | Actual Completion Date | Status |
|---|---|---|---|---|---|---|---|
| 2/3324620 | WP | Employment | Short Term | 09/11/2023 | 09/11/2023 | 09/11/2023 | Closed |

**Goal Description:** SHORT TERM EMPLOYMENT GOAL - Bookkeeper/ Auditing/Finance

Comments: - ADAMS, KRISTEEN is seeking employment as a Bookkeeper/ Auditing/Finance . Customer will Follow up with their local Workforce Solutions office. Provided job seeker with the www.easttexasworkforce.org website to view schedule for mobile unit.

**Objectives to Goal #2**

| Objective | Date Established | Review Date | Program | Staff | Status |
|---|---|---|---|---|---|

**Comments:**

*ADAMS,KRISTEEN (User ID: 13601817). Printed on 10/9/2023 by Stephanie, McGee*

DocuSign Envelope ID: 7E6E8B49-15B3-4E56    :-EFF37C7ED9ED

| Goal # /Goal ID | Program Affiliation(s) | Type of Goal | Term of Goal | Date Established | Estimated Date of Completion | Actual Completion Date | Status |
|---|---|---|---|---|---|---|---|
| 3/3324621 | WP | Employment | Short Term | 09/11/2023 | 09/11/2023 | 09/11/2023 | Closed |

**Goal Description: SHORT TERM - RESEA ORIENTATION**

Comments: ADAMS, KRISTEEN completed RESEA orientation on 9/11/23 with RESEA CA Niki Haynes - Longview WSET

**Objectives to Goal #3**

| Objective | Date Established | Review Date | Program | Staff | Status |
|---|---|---|---|---|---|

**Comments:**

| Goal # /Goal ID | Program Affiliation(s) | Type of Goal | Term of Goal | Date Established | Estimated Date of Completion | Actual Completion Date | Status |
|---|---|---|---|---|---|---|---|
| 4/3324623 | WP | Employment | Long Term | 09/11/2023 | 09/11/2023 | 09/11/2023 | Closed |

**Goal Description: LONG TERM EMPLOYMENT GOAL - Paralegal**

Comments: ADAMS, KRISTEEN is seeking a long-term position as a Paralegal/Legal Secretary Information on WIOA programs and the Workforce Solutions website to apply were provided.

**Objectives to Goal #4**

| Objective | Date Established | Review Date | Program | Staff | Status |
|---|---|---|---|---|---|

**Comments:**

| Goal # /Goal ID | Program Affiliation(s) | Type of Goal | Term of Goal | Date Established | Estimated Date of Completion | Actual Completion Date | Status |
|---|---|---|---|---|---|---|---|
| 5/3334264 | WP | Employment | Long Term | 10/09/2023 | 10/09/2024 | | Open |

**Goal Description: WIOA DW - Have a career in criminal justice.**

Comments: Customer is seeking employment in criminal justice Customer will complete Career Edge Module (Career Readiness or Credential Readiness). Customer will complete Career Edge Assessment. Customer will complete Work in Texas Resume. Customer may be provided with job search referrals from employment goal. Customer may be scheduled by CA to TABE for OST or OJT Training. Customer may be scheduled by CA to Cap, Cops, Copes for OST Training. Customer may attend WFC Workshops, Short-Term Work Readiness and available trainings when offered. Customer may be provided with Individual Counseling and Career Planning from employment goal. Customer will provide follow-up information regarding referrals provided by Career Advisor. Customer will keep in contact with CA monthly, no more than 30 days. Customer will report any changes to Career Advisor immediately.

**Objectives to Goal #5**

| Objective | Date Established | Review Date | Program | Staff | Status |
|---|---|---|---|---|---|

**Comments:**

ADAMS,KRISTEEN (User ID: 13601817).   Printed on 10/9/2023 by Stephanie, McGee

DocuSign Envelope ID: 7E6E8B49-15B3-4E56-EFF37C7ED9ED

## Services Provided Against Plan:

| Service/Activity | App# - Program | Begin Date | End Date | Provider | Staff |
|---|---|---|---|---|---|
| 205-Develop Service Strategies (IEP/ISS/EDP) | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/13/2023 | 09/13/2023 | Employment Services | HUTCHINSON, MARIE |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/18/2023 | 09/18/2023 | Employment Services | HUTCHINSON, MARIE |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/22/2023 | 09/22/2023 | Employment Services | Clark, Mavis |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/26/2023 | 09/26/2023 | Employment Services | Clark, Mavis |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/27/2023 | 09/27/2023 | Employment Services | Clark, Mavis |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/27/2023 | 09/27/2023 | Employment Services | Clark, Mavis |
| 500-Referred To Job Over 150 Days | 9570817-WP | 09/27/2023 | 09/27/2023 | Employment Services | Clark, Mavis |
| CLM-(309, CLM) Customized Labor Market Information | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |
| JSP-(12, JSP) Job Search Assistance | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |
| OAS-(177, OAS) ONET Assessment | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |
| RAS-(34, RPA) Resume Assistance | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |
| RSO-(311, RSO) RESEA Orientation | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |
| UEA-(308, UEA) UI Eligibility Assessment | 9570817-WP | 09/11/2023 | 09/11/2023 | Employment Services | Haynes, Niki |

## Signature

DocuSigned by:

*kristeen adams*

10/11/2023

Applicant Signature — Date

## Signature

DocuSigned by:

*Stephanie McGee*

10/9/2023

Staff Signature — Date

ADAMS,KRISTEEN (User ID: 13601817).    Printed on 10/9/2023 by Stephanie, McGee